■ LAWRENCE CARP, Appellant, v SHARON L. MARCUS, as Administratrix of the Estate of PATRICIA A. MARCUS, Deceased, et al., Respondents. — Appeal from an order of the Supreme Court at Special Term (Swartwood, J.), entered February 9, 1984 in Tompkins County, which denied plaintiff's motion for a protective order appointing a judicial hearing officer to supervise all depositions in the action.

Appeal dismissed, *sua sponte,* without costs, on the ground that the appeal does not lie as of right (*Kaplan v State of New York,* 36 AD2d 655). Kane, J. P., Casey, Weiss, Yesawich, Jr., and Levine, JJ., concur.